# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 1062 Disciplinary Docket No. 3 |
| | : | |
| THOMAS S. ROMAN, JR. | : | No. 121 DB 2005 |
| | : | |
| | : | Attorney Registration No. 61254 |
| | : | |
| PETITION FOR REINSTATEMENT | : | (Berks County) |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of October, 2016, the Petition for Reinstatement is granted. Petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement. *See* Pa.R.D.E. 218(f).